AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Goldgar, A. Benjamin | Bankruptcy Court, N.D. Ill. | 05/15/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2017 <br> to <br> 12/31/2017 |

**7. Chambers or Office Address**

Suite 638
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Family Trust No. 1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Government Cash Reserves Money Market Fund | A | Dividend | K | T | Sold (part) | 01/27/17 | J | | |
| 2. | | | | | Buy (add'l) | 02/02/17 | K | | |
| 3. | | | | | Buy (add'l) | 02/14/17 | J | | |
| 4. | | | | | Sold (part) | 02/27/17 | J | | |
| 5. | | | | | Sold (part) | 02/27/17 | J | | |
| 6. | | | | | Sold (part) | 03/13/17 | J | | |
| 7. | | | | | Sold (part) | 04/17/17 | J | | |
| 8. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 9. | | | | | Sold (part) | 07/20/17 | J | | |
| 10. | | | | | Sold (part) | 08/28/17 | J | | |
| 11. | | | | | Sold (part) | 12/27/17 | J | | |
| 12. IRA No. 1 (H) | | | | | | | | | |
| 13. - Fidelity Strategic Advisors Small-Mid Cap Fund | B | Dividend | K | T | Sold (part) | 02/27/17 | J | B | |
| 14. - Fidelity Strategic Advisors Value Fund | B | Dividend | K | T | Sold (part) | 02/27/17 | J | B | |
| 15. | | | | | Sold (part) | 10/25/17 | J | A | |
| 16. - Fidelity Strategic Advisors International Fund | B | Dividend | L | T | Sold (part) | 02/03/17 | J | A | |
| 17. | | | | | Sold (part) | 02/27/17 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 05/25/17 | J | A | |
| 19. | | | | | Sold (part) | 08/11/17 | J | A | |
| 20. | | | | | Sold (part) | 12/03/17 | J | A | |
| 21.  - Fidelity Strategic Advisors Core Income Fund | C | Dividend | M | T | Buy (add'l) | 02/03/17 | J | | |
| 22. | | | | | Buy (add'l) | 02/27/17 | K | | |
| 23. | | | | | Sold (part) | 02/28/17 | J | A | |
| 24. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 25. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 26. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 27. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 28. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 29. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 30. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 31.  - Templeton Global Bond CL A | A | Dividend | | | Sold (part) | 02/03/17 | J | A | |
| 32. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 33. | | | | | Sold (part) | 03/07/17 | J | A | |
| 34. | | | | | Sold | 10/25/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Fidelity Strategic Advisors Core Fund | E | Dividend | L | T | Sold (part) | 02/27/17 | J | D | |
| 36. | | | | | Sold (part) | 04/20/17 | J | B | |
| 37. | | | | | Sold (part) | 05/25/17 | J | A | |
| 38. | | | | | Sold (part) | 08/11/17 | J | A | |
| 39. | | | | | Sold (part) | 10/25/17 | J | A | |
| 40. | | | | | Sold (part) | 12/13/17 | J | A | |
| 41.   - Fidelity Strategic Advisors Growth Fund | C | Dividend | K | T | Sold (part) | 02/03/17 | J | A | |
| 42. | | | | | Sold (part) | 02/27/17 | J | B | |
| 43. | | | | | Sold (part) | 05/25/17 | J | A | |
| 44. | | | | | Sold (part) | 08/11/17 | J | A | |
| 45. | | | | | Sold (part) | 12/13/17 | J | A | |
| 46.   - Fidelity Strategic Advisors Emerging Markets | A | Dividend | K | T | Sold (part) | 02/27/17 | J | A | |
| 47. | | | | | Sold (part) | 08/11/17 | J | A | |
| 48.   - Fidelity Strategic Advisors Income Opportunity Fund | A | Dividend | J | T | Sold (part) | 02/03/17 | J | | |
| 49. | | | | | Buy (add'l) | 02/27/17 | J | | |
| 50. | | | | | Sold (part) | 04/20/17 | J | A | |
| 51. | | | | | Sold (part) | 05/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/25/17 | J | A | |
| 53. - FIMM Money Market Port Inst CL | A | Dividend | J | T | Buy (add'l) | 02/03/17 | J | | |
| 54. | | | | | Buy (add'l) | 02/28/17 | J | | |
| 55. - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | J | T | Buy (add'l) | 05/25/17 | J | | |
| 56. | | | | | Sold (part) | 08/11/17 | J | A | |
| 57. | | | | | Sold (part) | 10/25/17 | J | | |
| 58. - Fidelity SAI US Large Cap Index | A | Dividend | J | T | Buy (add'l) | 08/11/17 | J | | |
| 59. - Fidelity SAI International Index | A | Dividend | J | T | Sold (part) | 02/27/17 | J | A | |
| 60. | | | | | Buy (add'l) | 04/20/17 | J | | |
| 61. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 62. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 63. - Fidelity SAI Emerging Markets Index | A | Dividend | J | T | | | | | |
| 64. - AQR Managed Futures Fund CL N | | None | J | T | | | | | |
| 65. - Eaton Vance GL Macro Absolute Return Adv 1 | A | Dividend | J | T | Sold (part) | 02/27/17 | J | A | |
| 66. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 67. - Pimco Commodity Real Return Inst | A | Dividend | J | T | | | | | |
| 68. - AQR Multistrgy Alternative Class N | A | Dividend | J | T | Buy | 02/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Eaton Vance Global Macro Absolute RT CL 1 | A | Dividend | | | Buy | 02/27/17 | J | | |
| 70. | | | | | Sold | 10/25/17 | J | A | |
| 71. IRA No. 2 (H) | | | | | | | | | |
| 72. - Fidelity Strategic Advisors Small-Mid Cap Fund | A | Dividend | J | T | | | | | |
| 73. - Fidelity Strategic Advisors International Fund | A | Dividend | K | T | | | | | |
| 74. - Templeton Global Bond CL A | A | Dividend | | | Sold | 10/25/17 | J | A | |
| 75. - Fidelity Strategic Advisors Value Fund | B | Dividend | J | T | | | | | |
| 76. - Fidelity Strategic Advisors Core Fund | B | Dividend | K | T | | | | | |
| 77. - Fidelity Strategic Advisors Growth Fund | B | Dividend | J | T | | | | | |
| 78. - Fidelity Strategic Advisors Emerging Markets | A | Dividend | J | T | | | | | |
| 79. - Fidelity Strategic Advisors Core Income Fund | B | Dividend | K | T | Buy (add'l) | 03/07/17 | J | | |
| 80. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 81. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 82. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 83. - Fidelity Strategic Advisors Income Opportunity Fund | A | Dividend | J | T | | | | | |
| 84. - FIMM Money Market Port Inst CL | A | Dividend | J | T | | | | | |
| 85. - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Fidelity SAI US Large Cap Index | A | Dividend | J | T | | | | | |
| 87. -Fidelity SAI Emerging Markets Index | A | Dividend | J | T | | | | | |
| 88. - AQR Managed Futures Fund CL N | | None | J | T | | | | | |
| 89. - Pimco Commodity Real Return Inst | A | Dividend | J | T | | | | | |
| 90. - SAI International Index | A | Dividend | J | T | Buy | 04/20/17 | J | | |
| 91. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 92. - Eaton Vance GL Macro Absolute Retn Adv 1 | A | Dividend | J | T | Buy | 10/25/17 | J | | |
| 93. - Eaton Vance Global Macro Absolute RT CL 1 (X) | A | Dividend | | | Sold | 10/25/17 | J | A | |
| 94. IRA No. 3 (H) | | | | | | | | | |
| 95. - Fidelity Strategic Advisors Small-Mid Cap Fund | C | Dividend | L | T | Sold (part) | 10/25/17 | J | B | |
| 96. - Fidelity Strategic Advisors International Fund | C | Dividend | M | T | Sold (part) | 02/02/17 | J | B | |
| 97. | | | | | Sold (part) | 05/25/17 | J | B | |
| 98. | | | | | Sold (part) | 08/11/17 | J | B | |
| 99. | | | | | Sold (part) | 12/13/17 | J | B | |
| 100. - Templeton Global Bond Class A | A | Dividend | | | Sold (part) | 03/07/17 | J | A | |
| 101. | | | | | Sold | 10/25/17 | J | C | |
| 102. - Fidelity Strategic Advisors Value Fund | D | Dividend | L | T | Sold (part) | 03/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 10/25/17 | J | B | |
| 104.  - Fidelity Strategic Advisors Core Fund | D | Dividend | M | T | Sold (part) | 02/02/17 | J | A | |
| 105. | | | | | Sold (part) | 03/07/17 | J | B | |
| 106. | | | | | Sold (part) | 04/20/17 | J | B | |
| 107. | | | | | Sold (part) | 05/25/17 | J | B | |
| 108. | | | | | Sold (part) | 08/11/17 | J | B | |
| 109. | | | | | Sold (part) | 10/25/17 | J | B | |
| 110. | | | | | Sold (part) | 12/13/17 | J | B | |
| 111.  - Fidelity Strategic Advisors Growth Fund | D | Dividend | L | T | Sold (part) | 03/07/17 | J | B | |
| 112. | | | | | Sold (part) | 05/25/17 | J | B | |
| 113. | | | | | Sold (part) | 08/11/17 | J | A | |
| 114. | | | | | Sold (part) | 12/13/17 | J | B | |
| 115.  - Fidelity Strategic Advisors Emerging Markets | A | Dividend | K | T | Sold (part) | 05/25/17 | J | | |
| 116. | | | | | Sold (part) | 10/25/17 | J | A | |
| 117.  - Fidelity Strategic Advisors Income Opportunity Fund | B | Dividend | K | T | Sold (part) | 02/02/17 | J | | |
| 118. | | | | | Sold (part) | 04/20/17 | J | | |
| 119. | | | | | Sold (part) | 05/25/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 10/25/17 | J | | |
| 121.  - Fidelity Strategic Advisors Core Income Fund | D | Dividend | N | T | Buy (add'l) | 02/02/17 | J | | |
| 122. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 123. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 124. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 125. | | | | | Buy (add'l) | 10/26/17 | J | | |
| 126. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 127.  - Fidelity Strategic Advisors Short Duration Fund | A | Dividend | K | T | Buy (add'l) | 02/02/17 | J | | |
| 128. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 129. | | | | | Sold (part) | 08/11/17 | J | A | |
| 130. | | | | | Sold (part) | 10/25/17 | J | A | |
| 131.  - Fidelity SAI US Large Cap Index | A | Dividend | K | T | Buy (add'l) | 08/11/17 | J | | |
| 132. | | | | | Sold (part) | 10/25/17 | J | A | |
| 133.  - Fidelity SAI Emerging Markets Index | A | Dividend | K | T | Buy (add'l) | 12/13/17 | J | | |
| 134.  - AQR Multi Strategy Alternative Class N | A | Dividend | J | T | | | | | |
| 135.  - AQR Managed Futures Fund CL N | | None | J | T | Buy (add'l) | 04/20/17 | J | | |
| 136.  - Eaton Vance Global Macro Absolute RT CL I | A | Dividend | J | T | Sold (part) | 10/25/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.   - Pimco Commodity Real Return Inst | A | Dividend | J | T | | | | | |
| 138.   - FIMM Government Portfolio: Instl Cl | A | Dividend | J | T | Buy (add'l) | 02/02/17 | J | | |
| 139. | | | | | Sold (part) | 02/14/17 | J | | |
| 140. | | | | | Buy (add'l) | 03/07/17 | J | | |
| 141. | | | | | Sold (part) | 05/30/17 | J | | |
| 142. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 143. | | | | | Sold (part) | 08/21/17 | J | | |
| 144. | | | | | Buy (add'l) | 10/25/17 | J | | |
| 145. | | | | | Sold (part) | 11/20/17 | J | | |
| 146.   - Fidelity SAI Int'l Index | A | Dividend | K | T | Buy | 04/20/17 | J | | |
| 147. | | | | | Buy (add'l) | 05/25/17 | J | | |
| 148. | | | | | Buy (add'l) | 08/11/17 | J | | |
| 149. | | | | | Buy (add'l) | 12/13/17 | J | | |
| 150.   - Eaton Vance GL Macro Absolute Rtrn Adv l | A | Dividend | J | T | Buy | 10/25/17 | J | | |
| 151.   401(k) (H) | | | | | | | | | |
| 152.   - Vanguard Institutional Index Fund Plus | A | Dividend | L | T | | | | | |
| 153.   Adirondack Trust Co. stock | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Bank of America Growth Money Market Savings | A | Interest | J | T | | | | | |
| 155. Deferred Annuity (H) | | | | | | | | | |
| 156. - Fidelity VIP Investment Grade Bond Fund | | None | N | T | | | | | |
| 157. - Fidelity VIP Strategic Income Fund | | None | M | T | | | | | |
| 158. IRA No. 4 (H) | | | | | | | | | |
| 159. - Vanguard Total Bond Market Index Fund | E | Dividend | P1 | T | Buy (add'l) | 01/30/17 | L | | |
| 160. - Vanguard Total International Stock Index Fund (see note) | C | Dividend | M | T | Sold (part) | 01/30/17 | L | | |
| 161. - Vanguard Total Stock Market Index Fund (see note) | D | Dividend | O | T | Sold (part) | 01/30/17 | M | | |
| 162. - Vanguard Prime Money Market Fund | B | Dividend | M | T | Buy | 01/30/17 | M | | |
| 163. - Vanguard Target Retirement 2020 | A | Dividend | J | T | Buy | 09/28/17 | J | | |
| 164. Fidelity Govt Cash Reserves (Y) | | | | | | | | | |
| 165. Family Trust No. 1 (H) | | | | | | | | | |
| 166. - Fidelity Advisor Growth Opp CL 1 | A | Dividend | J | T | | | | | |
| 167. - Fidelity Diversified International | B | Dividend | K | T | | | | | |
| 168. - Fidelity International Cap Appreciation Fund | A | Dividend | J | T | | | | | |
| 169. - Causeway International Value Investor | A | Dividend | J | T | Sold (part) | 01/31/17 | J | A | |
| 170. | | | | | Sold (part) | 02/27/17 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 07/19/17 | J | A | |
| 172. - Harbor Capital Appreciation Adm CL | B | Dividend | J | T | | | | | |
| 173. - Oakmark Fund Investor CL (see note) | B | Dividend | K | T | | | | | |
| 174. - Oakmark International Investor CL 1 (see note) | A | Dividend | J | T | | | | | |
| 175. - Hotchkiss & Wiley Midcap Value CL A | A | Dividend | J | T | | | | | |
| 176. - Janus Henderson Enterprise T (see note) | A | Dividend | K | T | | | | | |
| 177. - Lazard Emerging Markets Equity Open CL Shares | A | Dividend | K | T | Sold (part) | 05/05/17 | J | B | |
| 178. - MFS International Value Fund CL A | A | Dividend | J | T | | | | | |
| 179. - MFS International Diversification FD A | A | Dividend | K | T | | | | | |
| 180. - MSIF Frontier Markets Port CL 1 | | None | J | T | | | | | |
| 181. - Oppenheimer Dev Markets Class 1 | A | Dividend | J | T | Sold (part) | 02/27/17 | J | B | |
| 182. - T Rowe Price International Discovery Fund 1 CL | A | Dividend | J | T | | | | | |
| 183. - T Rowe Price Overseas Stock 1 CL | A | Dividend | J | T | Sold (part) | 02/27/17 | J | A | |
| 184. | | | | | Sold (part) | 07/19/17 | J | A | |
| 185. - T Rowe Price International Stk 1 | A | Dividend | J | T | | | | | |
| 186. - T Rowe Price Real Estate Fund Adv CL | A | Dividend | | | Sold | 01/31/17 | J | D | |
| 187. - Wasatch Frontier Emerging Small Cos. | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Wells Fargo Special Midcap Adm | A | Dividend | J | T | Sold (part) | 01/31/17 | J | A | |
| 189. | | | | | Sold (part) | 02/27/17 | J | B | |
| 190. - Fidelity Municipal Income | B | Dividend | K | T | | | | | |
| 191. - Fidelity Tax-free Bond | B | Dividend | K | T | Buy (add'l) | 02/27/17 | J | | |
| 192. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 193. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 194. - Fidelity Limited Term Muni Income FD | A | Dividend | J | T | Buy (add'l) | 02/27/17 | J | | |
| 195. - Blackrock High Yield Bd | A | Dividend | | | Sold (part) | 05/05/17 | J | B | |
| 196. | | | | | Sold | 07/19/17 | J | A | |
| 197. - Deutsche Managed Muni Bond Fd S | B | Dividend | K | T | Buy (add'l) | 02/27/17 | K | | |
| 198. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 199. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 200. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 201. - Franklin Federal Tax Free Class A | A | Dividend | | | Sold | 11/03/17 | K | | |
| 202. - Oppenheimer International Bond Fund CL 1 | A | Dividend | J | T | Sold (part) | 01/31/17 | J | A | |
| 203. - T Rowe Price Tax Free High Yield Adv | A | Dividend | K | T | Buy (add'l) | 02/27/17 | J | | |
| 204. | | | | | Buy (add'l) | 11/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - T Rowe Price Tax Free Income Adv CL | B | Dividend | L | T | | | | | |
| 206. - Templeton Global Bond Class A | A | Dividend | J | T | Buy (add'l) | 05/05/17 | J | | |
| 207. - Wells Fargo Ultra Sht Muni Inc Adm | A | Dividend | K | T | Buy (add'l) | 02/27/17 | K | | |
| 208. | | | | | Buy (add'l) | 05/05/17 | J | | |
| 209. | | | | | Buy (add'l) | 07/19/17 | J | | |
| 210. | | | | | Buy (add'l) | 11/03/17 | J | | |
| 211. - Fidelity Govt Cash Reserves | A | Dividend | K | T | | | | | |
| 212. - IShares S&P 100 ETF | A | Dividend | K | T | | | | | |
| 213. - IShares Russell Midcap Growth | | None | | | Sold (part) | 02/02/17 | J | A | |
| 214. | | | | | Sold | 03/01/17 | J | A | |
| 215. - IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 216. - IShares Russell 1000 Value ETF | A | Dividend | K | T | Sold (part) | 02/02/17 | J | B | |
| 217. - IShares Russell 1000 Growth ETF | A | Dividend | L | T | Sold (part) | 03/01/17 | J | B | |
| 218. - IShares Russell 1000 ETF | A | Dividend | K | T | Sold (part) | 03/01/17 | J | B | |
| 219. - IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 220. - IShares S&P Small Cap 600 Value | A | Dividend | J | T | Sold (part) | 02/02/17 | J | A | |
| 221. - IShares TR S&P Small Cap 600 Growth ETF | A | Dividend | J | T | Sold (part) | 02/09/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold (part) | 03/01/17 | J | B | |
| 223. - IShares Inc Core MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 224. - Sector Spdr Tr Shares Ben Int Financial | | None | | | Sold | 03/01/17 | K | C | |
| 225. - Vanguard Index FDS Vanguard Value | A | Dividend | K | T | | | | | |
| 226. - Spdr Series Trust Bloomberg BRC CNVRT | A | Dividend | J | T | Sold (part) | 03/01/17 | J | A | |
| 227. - Mainstay Tax Free Bond Class A | A | Dividend | J | T | Buy | 02/27/17 | J | | |
| 228. - FIMM Government Cash Reserves | A | Dividend | K | T | Buy | 02/24/17 | K | | |
| 229. | | | | | Buy (add'l) | 11/02/17 | J | | |
| 230. | | | | | Sold (part) | 12/29/17 | J | | |
| 231. - Spdr Index Shs FDS S&P Global NAT RES | A | Dividend | J | T | Buy | 05/09/17 | J | | |
| 232. - Flexshares Trust Morningstar Global Upstream NAT RES IDX | A | Dividend | | | Buy | 02/02/17 | J | | |
| 233. | | | | | Sold | 05/09/17 | J | | |
| 234. Family Trust No. 2 (H) | | | | | | | | | |
| 235. - Fidelity Advisor Growth Opportunity CL 1 | | None | | | Sold | 02/27/17 | J | A | |
| 236. - Fidelity Diversified International | A | Dividend | J | T | | | | | |
| 237. - Fidelity International Cap Appreciation Fund | A | Dividend | J | T | | | | | |
| 238. - Causeway International Value Investor | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Harbor Capital Appreciation Adm CL | A | Dividend | J | T | | | | | |
| 240. - Oakmark Fund Investor Class (see note) | A | Dividend | K | T | | | | | |
| 241. - Oakmark International CL 1 | A | Dividend | J | T | Sold (part) | 02/27/17 | J | A | |
| 242. - Hotchkiss & Wiley Midcap Value CL A | A | Dividend | J | T | | | | | |
| 243. - Janus Henderson Enterprise T (see note) | A | Dividend | J | T | | | | | |
| 244. - Lazard Emerging Markets Equity Open CL Shares | A | Dividend | J | T | | | | | |
| 245. - MFS International Value Fund CL A | A | Dividend | J | T | | | | | |
| 246. - MFS International Diversification FD A | A | Dividend | J | T | | | | | |
| 247. - Oppenheimer Dev Markets Class 1 (Y) | | | | | | | | | |
| 248. - T Rowe Price Overseas Stock 1 CL | A | Dividend | J | T | Sold (part) | 02/01/17 | J | A | |
| 249. | | | | | Sold (part) | 02/27/17 | J | A | |
| 250. - T Rowe Price International Stk 1 | A | Dividend | J | T | | | | | |
| 251. - Wasatch Frontier Emerging Small Cos. | | None | J | T | | | | | |
| 252. - Wells Fargo Special Midcap Adm | A | Dividend | J | T | Sold (part) | 02/27/17 | J | A | |
| 253. - Fidelity Municipal Income | A | Dividend | J | T | | | | | |
| 254. - Fidelity Tax-free Bond | A | Dividend | K | T | Buy (add'l) | 12/28/17 | J | | |
| 255. - Fidelity Limited Term Muni Income FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Blackrock High Yield Bd Port CL K | A | Dividend | | | Sold | 05/02/17 | J | A | |
| 257. - Deutsche Managed Muni Bond Fd S | A | Dividend | K | T | Buy (add'l) | 02/27/17 | J | | |
| 258. - Franklin Federal Tax Free Class A | A | Dividend | J | T | | | | | |
| 259. - Oppenheimer International Bond Fund CL | A | Dividend | J | T | | | | | |
| 260. - T Rowe Price Tax Free High Yield Adv | A | Dividend | J | T | Sold (part) | 02/01/17 | J | | |
| 261. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 262. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 263. - T Rowe Price Tax Free Income Adv CL | A | Dividend | K | T | | | | | |
| 264. - Wells Fargo Ultra Sht Muni Inc Adm | A | Dividend | K | T | Buy (add'l) | 02/27/17 | J | | |
| 265. | | | | | Buy (add'l) | 05/02/17 | J | | |
| 266. - Fidelity Govt Cash Reserves | A | Dividend | J | T | | | | | |
| 267. - Flexshares Trust Morningstar Global | A | Dividend | J | T | | | | | |
| 268. - IShares S&P 100 ETF | A | Dividend | J | T | | | | | |
| 269. - IShares Russell Midcap Growth | | None | | | Sold (part) | 02/03/17 | J | A | |
| 270. | | | | | Sold | 03/01/17 | J | A | |
| 271. - IShares TR Russell Midcap ETF | A | Dividend | J | T | | | | | |
| 272. - IShares Russell 1000 Value ETF | A | Dividend | J | T | Sold (part) | 02/03/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goldgar, A. Benjamin | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. | | | | | Sold (part) | 03/01/17 | J | A | |
| 274. - IShares Russell 1000 Growth ETF | A | Dividend | K | T | Sold (part) | 03/01/17 | J | B | |
| 275. - IShares Russell 1000 ETF | A | Dividend | J | T | Sold (part) | 02/03/17 | J | A | |
| 276. | | | | | Sold (part) | 03/01/17 | J | B | |
| 277. - IShares Russell 2000 ETF | A | Dividend | J | T | | | | | |
| 278. - IShares S&P Small Cap 600 Value | A | Dividend | J | T | | | | | |
| 279. - IShares TR S&P Small Cap 600 Growth ETF (see note) | A | Dividend | J | T | Sold (part) | 02/03/17 | J | A | |
| 280. | | | | | Sold (part) | 03/01/17 | J | A | |
| 281. - IShares TR EAFE Small Cap ETF (Y) | | | | | | | | | |
| 282. - IShares Inc Core MSCI Emerging Markets | A | Dividend | J | T | | | | | |
| 283. - Sector Spdr Tr Shares Ben Int Financial | A | Dividend | J | T | Sold (part) | 02/03/17 | J | A | |
| 284. | | | | | Sold (part) | 03/01/17 | J | A | |
| 285. - Vanguard Index FDS Vanguard Value | A | Dividend | K | T | | | | | |
| 286. - Spdr Series Trust Bloomberg BRC CNVRT | A | Dividend | J | T | | | | | |
| 287. - Mainstay Tax Free Bond Class A | A | Dividend | J | T | Buy | 02/27/17 | J | | |
| 288. - FIMM Government Portfolio: Instl CL | A | Dividend | J | T | Buy | 02/24/17 | J | | |
| 289. | | | | | Sold (part) | 12/27/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Inherited IRA No. 1 (H) | | | | | | | | | |
| 291. - T. Rowe Price Dividend Growth (see note) | A | Dividend | K | T | Redeemed (part) | 12/01/17 | J | | |
| 292. - T. Rowe Price Spectrum Income (see note) | A | Dividend | K | T | Redeemed (part) | 12/01/17 | J | | |
| 293. Inherited IRA No. 2 (H) | | | | | | | | | |
| 294. - TIAA Traditional (see note) | C | Interest | L | T | Sold (part) | 02/21/17 | J | | |
| 295. | | | | | Sold (part) | 08/21/17 | J | | |
| 296. - CREF Stock (see note) | | | N | T | Sold (part) | 02/21/17 | J | | |
| 297. | | | | | Sold (part) | 08/21/17 | J | | |
| 298. - CREF Global Equities (see note) | | | L | T | Sold (part) | 02/21/17 | J | | |
| 299. | | | | | Sold (part) | 08/21/17 | J | | |
| 300. - TIAA Real Estate (see note) | | | K | T | | | | | |
| 301. - CREF Bond Market (see note) | | | K | T | | | | | |
| 302. - CREF Inflation Linked Bond (see note) | | | K | T | | | | | |
| 303. Bank of America checking | A | Interest | J | T | | | | | |
| 304. Bank of America checking (4) | A | Interest | J | T | | | | | |
| 305. Bank of America checking (2) | | None | J | T | | | | | |
| 306. Bank of America money market (2) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 1. This investment was listed on last year's report as "Fidelity Cash Reserves Money Market Fund." It is unclear whether the change represents a change in the name or a change in the investment. Fidelity was never instructed to move the money to a new fund.

Lines 160-61. No gain or loss information is available. As an IRA, this is a non-taxable account. Vanguard reports to us that it does not keep gain or loss information on non-taxable accounts.

Line 173. This investment appeared in last year's report on line 255 as Oakmark Fund 1. The name of the fund changed.

Line 174. This investment appeared in last year's report on line 256 as Oakmark International CL 1. The name of the fund changed.

Line 176. This investment appeared in last year's report on line 258 as Janus Enterprise Fund Class T Shares. The name of the fund changed.

Line 180. This investment appeared in last year's report on line 262 as MS Frontier Emerging Markets Fund CL 1. The name of the fund changed.

Line 221. This investment appeared in last year's report on line 292 as IShares S&P Small Cap Growth ETF. The name of the fund changed.

Line 240. This investment appeared in last year's report on line 308 as Oakmark Fund 1. The name of the fund changed.

Line 243. This investment appeared in last year's report on line 311 as Janus Enterprise Fund Class T Shares. The name of the fund changed.

Line 279. This investment appeared in last year's report on line 342 as IShares S&P Small Cap Growth ETF. The name of the fund changed.

Lines 294-302. This is an inherited IRA. Except for line 294, Column B is not completed because it cannot be. The TIAA-CREF statements disclose no information about income (other than for the "TIAA Traditional" fund), and TIAA-CREF personnel have told me that the information is unavailable because the investments are "annuity-based." Similarly, information about gain or loss from "sales" (the distributions I am required to take) is not reported in Column D for any portion of the IRA because TIAA-CREF personnel have told me that information about gains or losses is unavailable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. Benjamin Goldgar**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544